AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JOAQUIN TADEO-SALOMON | CASE NUMBER: 08cr1229-L |

    I, JOAQUIN TADEO-SALOMON, the above named defendant, who is accused of the committing the following offense:

    Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Joaquin Tadeo Salomon
Defendant

Counsel for Defendant

Before _____
      JUDICIAL OFFICER